UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-20493 |
| | ) | |
| MARC A. WILEY, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge SCHMETTERER |

## NOTICE OF MOTION

**TO: See attached list**

    **PLEASE TAKE NOTICE** that on August 5, 2020, at 10:30 a.m., I will appear before the Honorable JUDGE SCHMETTERER, or any judge sitting in that judge's place, and present Debtor's Motion to Modify Plan, a copy of which is attached.

    This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

    If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                 By: Michael R. Colter, II
                                                 David M. Siegel & Assoc., LLC
                                                 790 Chaddick Drive
                                                 Wheeling, IL 60090
                                                 (847) 520-8100
                                                 mcolter@davidmsiegel.com

## CERTIFICATE OF SERVICE

    I, Michael R. Colter, II, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on July 15, 2020, before 5:00 p.m.

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: bkahn@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*

Marc A. Wiley
1350 Kelso Dunes, Apt. 1027
Henderson, NV 89014

Credit Acceptance
25505 W. 12 Miles Road, #3000
Southfield, MI 48034

Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302-9617

Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161

United Auto Credit Corp.
P.O. Box 163049
Fort Worth, TX 76161

Opportunity Financial, LLC
130 E. Randolph St. Suite 3400
Chicago, IL 60601

Portfolio Recovery Assoc., LLC
P.O. BOX 41067
Norfolk, VA 23541

LVNV Funding, LLC
assignee of Citibank, N.A.
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-20493 |
| | ) | |
| MARC A. WILEY, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge SCHMETTERER |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, **Marc A. Wiley**, by and through his attorneys, **David M. Siegel & Associates, LLC**, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2) On July 22, 2019, Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 USC and Tom Vaughn was appointed Trustee in his case.

3) Debtor's Plan was confirmed on October 23, 2019. The confirmed plan requires monthly payments of $625.00, with general unsecured creditors receiving no less than 10% of their allowed claims.

4) Debtor lost his job with McCarran International Airport work due to the COVID-19 pandemic and was unable to locate any other work because of the pandemic. Debtor is now receiving his Cook County pension.

5) Debtor can resume making payments to the trustee at this time but is unable to cure the default. Therefore, Debtor seeks to defer the default to the end of the Plan and lower his plan payment.

6)     Debtor seeks to modify his plan under 11 USC § 1329 to defer the default that has accrued because of a job loss and ongoing unemployment due to the economic slowdown caused by the COVID-19 pandemic.

7)     Debtor also seeks to modify his plan under 11 USC § 1329 to extend the plan to seven years from the date of filing which is now allowed by the CARES act amendments to the bankruptcy code.

8)     Additionally, Debtor seeks to modify his plan under 11 USC § 1329 to lower his plan payment to $325.00 per month. Debtor can afford this new payment as evidenced by his amended schedules I and J.

WHEREFORE, the Debtor, **Marc A. Wiley**, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan and for other such relief as the Court deems fair and proper.

                         Respectfully Submitted,

                         /s/ Michael R. Colter, II
                         Michael R. Colter, II, A.R.D.C. #6304675
                         Attorney for the Debtor